■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN VAUGHN, Appellant. [614 NYS2d 314] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated May 21, 1990 *(People v Vaughn,* 161 AD2d 741), affirming a judgment of the Supreme Court, Kings County, rendered June 15, 1988, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Thompson, J. P., Bracken, Lawrence and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIRGILIO VELASQUEZ, Appellant. [614 NYS2d 314] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered December 14, 1992, convicting him of reckless endangerment in the first degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On appeal, the defendant contends that he was deprived of a fair trial by several allegedly improper remarks made by the prosecutor during summation. For the most part, the challenged remarks constituted a fair response to the defendant's summation, were within the four corners of the evidence, or were otherwise proper *(see, People v Ashwal,* 39 NY2d 105). Any remarks that may have been improper were not so prejudicial as to warrant reversal, particularly in view of the overwhelming evidence of the defendant's guilt *(see, People v Crimmins,* 36 NY2d 230, 237; *People v Galloway,* 54 NY2d 396). O'Brien, J. P., Pizzuto, Joy and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS VETERE, Appellant. [614 NYS2d 314] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered March 23, 1993.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.